■ In the Matter of LINDA GANCI, Respondent, v CARL J. PERSEO, Appellant.—In a proceeding pursuant to article 4 of the Family Court Act, the appeal is from so much of an order of the Family Court, Queens County, dated May 4, 1978, as awarded a counsel fee of $600 to the petitioner's attorney. Order modified, on the facts, by reducing the counsel fee to $250.

As so modified, order affirmed insofar as appealed from, without costs or disbursements. The counsel fee awarded was excessive to the extent indicated. Hopkins, J. P., Lazer, Cohalan and Martuscello, JJ., concur.